IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUCIANA PULASKI,

       Plaintiff,

    v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

Case No. 13-793

## ORDER GRANTING JOINT MOTION TO REMAND UNDER SENTENCE FOUR

This matter is before the Court on the parties' joint motion for an order remanding this case for further proceedings under sentence four of 42 U.S.C. § 405(g). The Court, being advised in the premises, GRANTS the joint motion and REMANDS this case for further proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ will:

(1) obtain evidence from a medical expert, to include evidence concerning whether Pulaski meets or medically equals any impairment contained in Section 1 of the Listings (20 C.F.R. Pt. 404, Subpt. P., Appx. 2, §§ 1.01-1.08);

(2) allow Pulaski to submit additional evidence if she wishes, including evidence concerning any medical treatment she received in Brazil;

(3) reconsider the credibility finding pursuant to Social Security Ruling 96-7p;

(4) reconsider the medical opinions of record;

(5) reconsider the residual functional capacity finding, including Pulaski's ability to

sit and walk over uneven surfaces (unless the case is decided at an earlier step in

the sequential-evaluation process); and

(6) obtain supplemental evidence from a vocational expert at step five (unless the

case is decided at an earlier step in the sequential-evaluation process).

Dated: July 22, 2014

HON. JAMES D. PETERSON
UNITED STATES DISTRICT JUDGE