## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

LUCIANA PULASKI,

      Plaintiff,                    JUDGMENT IN A CIVIL CASE

v.                                 Case No. 13-cv-793-jdp

CAROLYN W. COLVIN,
 Acting Commissioner of Social
Security,

      Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff attorney fees in the amount of $6,299.33

and costs in the amount of $400 under the Equal Access to Justice Act, 28 U.S.C. §

2412.

| s/V. Olmo | 8/25/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |